IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| NICHOLAS MAYHUE | § | |
| | § | |
| VS. | § | CIVIL ACTION # 4:14cv00064-RAS-DDB |
| | § | |
| JUSTIN BACHMAN | § | JURY TRIAL DEMANDED |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Nicholas Mayhue, and Defendant, Justin Bachman, move this Court to dismiss with prejudice all claims and causes of actions.

WHEREFORE premises considered, Plaintiff, Nicholas Mayhue, and Defendant, Justin Bachman, request that this Court enter an Order dismissing with prejudice all claims, with costs to be taxed to the party incurring the same.

Respectfully Submitted,

/s/ *Micah Belden*
Micah Belden
Attorney for Nicholas Mayhue
SBN 24044294
711 N. Travis
Sherman, Texas 75090
903-744-4252
fax 903-893-1734

APPROVED:

WOLFE, TIDWELL & McCOY, LLP

By: /s/ *James C. Tidwell*
James C. Tidwell, State Bar No. 20020100
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing Joint Motion to Dismiss with Prejudice with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record:

Micah Belden
Attorney at Law
711 N. Travis
Sherman, TX 75090
*(Attorney for Plaintiff)*

Date: December 4, 2014

                                                                   */s/ James C. Tidwell*
                                                                  James C. Tidwell